# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MONTRELL BURTON**
**ADC #150775**                                                              **PLAINTIFF**

**V.**           **CASE NO. 4:14-CV-317 BRW**

**LARRY JEGLEY, et al.**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 9th day of January, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE